IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

**EAST AND WESTBROOK
CONSTRUCTION COMPANY, INC.,**
      Plaintiff,

v.                                          Civil Action No. 4:24-CV-00012

**SOUTHSIDE CONCRETE SUPPLY, LLC,**
      Defendant.

**MOTION TO APPEAR *PRO HAC VICE* AND TO ALLOW APPEARANCE IN
<u>ABSENCE OF ASSOCIATED MEMBER OF THE BAR</u>**

In accordance with W.D. Va. Gen. R. 6(d), the undersigned respectfully moves for the admission *pro hac vice* of Philip M. Longmeyer, of Dinsmore & Shohl, 101 South Fifth Street, Suite 2500, Louisville, Kentucky 40202, telephone: (502) 540-2314, for purposes of appearance as co-counsel on behalf of Plaintiff, East and Westbrook Construction Company, Inc., ("East and Westbrook") in the above-styled case only.

1. Philip M. Longmeyer is not admitted to practice in the Western District of Virginia. He is, however, in good standing and admitted to practice law in a number State and Federal Courts, a list of which can be found attached as an Addendum to Philip M. Longmeyer's Motion to Appear *Pro Hac Vice*.

2. Movant, Brittany Given Simmons, also of the law firm of Dinsmore & Shohl, 801 Pennsylvania Ave., N.W., Suite 610, Washington D.C. 20004, telephone: (202) 372-9116, is an active member in good standing of the Virginia State Bar and the United States District Court for the Western District of Virginia, and is authorized to file through the Court's electronic filing system.

3. The circumstances of this case and schedules of the Court and counsel may dictate that Philip M. Longmeyer appear as counsel for East and Westbrook in the absence of the undersigned movant. Pursuant to W.D. Va. Gen. R. 6(d), the undersigned therefore requests that Philip M. Longmeyer be permitted to appear at hearings or trials in the absence of an associated member of the bar of this Court.

WHEREFORE, Brittany Given Simmons, moves this Court to enter an Order allowing Philip M. Longmeyer, to appear before this Court on behalf of Defendant, East and Westbrook Construction Company, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Philip M. Longmeyer.

Dated this 1st day of April, 2024

Respectfully submitted,

*/s/ Brittany Given Simmons*
Brittany Given Simmons (Virginia Bar # 94196)
Dinsmore & Shohl LLP
801 Pennsylvania Ave, N.W., Suite 610
Washington, DC 20004
(202) 372-9116
Brittany.Simmons@dinsmore.com
*Counsel for Defendant, East and Westbrook Construction Company, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Southside Concrete Supply, LLC
5844 U.S.Hwy 29
Blairs, VA 24527