IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

**EAST AND WESTBROOK**
**CONSTRUCTION COMPANY, INC.,**
      **Plaintiff,**

v.

                                          Civil Action No. 4:24-CV-00012

**SOUTHSIDE CONCRETE SUPPLY, LLC,**
      **Defendant.**

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE* AND TO ALLOW APPEARANCE IN ABSENCE OF ASSOCIATED**
**MEMBER OF THE BAR**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* and to Allow Appearance in Absence of Associated Member of the Bar (the "Motion"), this Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED.  Philip M. Longmeyer may appear and participate in this action on behalf of Defendant, East and Westbrook Construction Company, Inc., and may appear for events in this action, including hearings and trial, in the absence of an associated member of the Bar of this Court.

ORDERED this _____ day of April, 2024.

                                                _____
                                                Judge
                                                United States District

Prepared by:

Brittany Given Simmons (Virginia Bar # 94196)
Dinsmore & Shohl LLP
801 Pennsylvania Ave, N.W., Suite 610
Washington, DC 20004
(202) 372-9116
Brittany.Simmons@dinsmore.com
*Counsel for Defendant, East and Westbrook Construction Company, Inc.*