IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

**EAST AND WESTBROOK
CONSTRUCTION COMPANY, INC.,**
   **Plaintiff,**

v.

                  **Civil Action No. 4:24-CV-00012**

**SOUTHSIDE CONCRETE SUPPLY, LLC,**
   **Defendant.**

### Addendum to Philip M. Longmeyer's Motion to Appear Pro Hac Vice

List of State Bar and Federal Court Admission for Philip M. Longmeyer

| COURT | DATE OF ADMISSION | BAR NUMBER | STANDING |
|---|---|---|---|
| Kentucky | April 20, 1998 | 87092 | Active/Good |
| U.S. Court of Appeals for the Sixth Circuit | June 27, 2019 | | Active/Good |
| Western District of Kentucky | July 24, 2000 | | Active/Good |
| Eastern District of Kentucky | July 10, 2002 | | Active/Good |