AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| East and Westbrook Construction Company, Inc., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:24cv00012 |
| Southside Concrete Supply, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Southside Concrete Supply, LLC

Date: 4-25-24

*Attorney's signature*

James A. L. Daniel - VSB #03881
*Printed name and bar number*

DANIEL, MEDLEY & KIRBY, P.C.
P. O. BOX 720
110 North Union Street (24541)
Danville, Virginia 24543-0720
*Address*

jdaniel@dmklawfirm.com
*E-mail address*

(434) 792-3911
*Telephone number*

(434) 793-5724
*FAX number*