AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

| | |
|---|---|
| East and Westbrook Construction Company, Inc., <br> *Plaintiff* <br> v. <br> Southside Concrete Supply, LLC <br> *Defendant* | ) <br> ) <br> )    Case No.    4:24cv00012 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Southside Concrete Supply, LLC

Date: 4/25/24

_____
*Attorney's signature*

Panagiotis C. Kostopanagiotis - VSB #94215
*Printed name and bar number*

DANIEL, MEDLEY & KIRBY, P.C.
P. O. BOX 720
110 North Union Street (24541)
Danville, Virginia 24543-0720
*Address*

pck@dmklawfirm.com
*E-mail address*

(434) 792-3911
*Telephone number*

(434) 793-5724
*FAX number*