AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| East and Westbrook Construction Company, Inc., <br> *Plaintiff* <br> v. <br> Southside Concrete Supply, LLC <br> *Defendant* | ) <br> ) <br> )    Case No.   4:24cv00012 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Southside Concrete Supply, LLC

Date:  4/25/24

*Attorney's signature*

Brent A. Shelton, Esq. - VSB #92518
*Printed name and bar number*

WARREN SHELTON PLLC
217 Lynn Street
Danville, VA 24541

*Address*

brent@warrenshelton.law
*E-mail address*

(434) 792-2350
*Telephone number*

(434) 799-4149
*FAX number*